UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SHIBLEY, an individual on behalf of himself, and on behalf of all persons similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>JASON SHIBLEY, an individual on behalf of himself, and on behalf of all persons similarly situated,,<br><br>Defendants. | Case No. 1:16-cv-01000-DAD-EPG<br><br>ORDER CONTINUING HEARING DATE ON MOTION TO COMPEL ARBITRATION<br><br>(Doc. No. 14) |

The Court, having read and considered the Parties' Joint Stipulation to Continue the Hearing Date on the Motion to Compel Arbitration, grants the Stipulation. The hearing on the Motion to Compel Arbitration (Doc. No. 5) is hereby continued to November 15, 2016 at 9:30 a.m, and the Defendant's Reply will be due on October 18, 2016, as previously ordered.

IT IS SO ORDERED.

Dated:  **September 13, 2016**                           _Dale A. Drozd_
                                                         UNITED STATES DISTRICT JUDGE

1